IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ROGELIO LOERA,

    Plaintiff,

v.                                                                       No. 25-cv-643 MIS/KRS

ALBUQUERQUE POLICE DEPARTMENT,

    Defendant.

### ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*. Plaintiff initiated this habeas proceeding while incarcerated at the Bernalillo County Metropolitan Detention Center. *See* (Doc. 1-1). Recent mailings to Plaintiff have been returned as undeliverable. *See* (Docs. 8 and 10). Plaintiff has not advised the Clerk of his new address, as D.N.M. LR-Civ. 83.6 requires. *See* D.N.M. LR-Civ. 83.6 ("All … parties appearing pro se have a continuing duty to notify the Clerk, in writing, of any change in their … mailing addresses.").

Accordingly, **IT IS ORDERED** that Plantiff shall notify the Clerk in writing of his new address within thirty (30) days of entry of this Order. The failure to timely comply may result in dismissal of this action without further notice.

IT IS SO ORDERED this 2nd of October, 2025.

                                                                    KEVIN R. SWEAZEA  
                                                                    UNITED STATES MAGISTRATE JUDGE